**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**COURTHOUSE NEWS SERVICE,**

    **Plaintiff(s),**

                                            **Civil Action 2:25-CV-00789**
                                            **Judge James L. Graham**
    v.                                   **Magistrate Judge Chelsey M. Vascura**

**CANDY S. RUSSELL, *et al*.,**

    **Defendant(s).**

**NOTICE**

**PROCEEDING:**    **PRELIMINARY PRETRIAL CONFERENCE**

**DATE/TIME:**    NOVEMBER 19, 2025, at 11:30 A.M.

**PLEASE NOTE:**

1. The report required by Rule 26(f) of the Federal Rules of Civil Procedure must be filed no fewer than seven (7) days prior to the pretrial conference.

2. The required form can be found on the Court's website, www.ohsd.uscourts.gov   Click on "Forms" and then select "Rule 26(f) Report of the Parties (Eastern Division Only)."  **Please Note:   The Rule 26(f) Report for the Eastern Division has changed.   Please ensure that you are using the correct form.**

3. The Eastern Division General Order on Pretrial Conference can also be found on the Court's website.

4. This conference will be conducted by telephone. Counsel are directed to join together on one line and then call the Court at 614-719-3410 at the time of their conference, or provide the Court with a single conference line number where all parties can be reached. If parties find an in-person conference to be necessary, please contact Chambers.

                                                                   /s/ *Allison Moran*
                                                                  Allison Moran, Courtroom Deputy
                                                                  Allison_Moran@ohsd.uscourts.gov
                                                                  614-719-3410