IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION (COLUMBUS)

| | | |
|---|---|---|
| COURTHOUSE NEWS SERVICE, | : | CASE NO. 2:25-cv-00789-JLG-CMV |
| Plaintiff, | : | (Judge James L. Graham) |
| v. | : | (Magistrate Judge Chelsey M. Vascura) |
| CANDY S. RUSSELL, in her official capacity as Clerk of the Athens County Court of Common Pleas, et al., | : | **RULE 26(f) REPORT** |
| | : | |
| Defendants. | : | |

_____

Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on October 29, 2025, and was attended by:

Griffin Reyelts, counsel for Plaintiff Courthouse News Service; Paul Watkins, Christopher Englert, and Jessica Lopez, counsel for Defendant Shawn Peeples; and Matthew Stephen Teetor, Andrew Neil Yosowitz, and John Stephen Teetor, counsel for Defendants Candy S. Russell and Breighton Smith.

Counsel represent that, during the meeting, they engaged in a meaningful attempt to meet and confer on the matters, as outlined below.

1. <u>CONSENT TO MAGISTRATE JUDGE</u>

Do the parties consent to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)?

____Yes       __X__No

2. <u>INITIAL DISCLOSURES</u>

Have the parties agreed to make initial disclosures?

__X__Yes       ____No       ____The proceeding is exempt under Rule 26(a)(1)(B)

<u>If yes, such initial disclosures shall be made by November 14, 2025.                        </u>

3. VENUE AND JURISDICTION

Are there any contested issues related to venue or jurisdiction?

__X__ Yes   ____ No

If yes, describe the issue:

Defendant Shawn Peeples contests the venue and anticipates filing a motion regarding the same.

If yes, the parties agree that any motion related to venue or jurisdiction shall be filed by November 19, 2025.

4. PARTIES AND PLEADINGS

   a. The parties agree that any motion or stipulation to amend the pleadings or to join additional parties shall be filed by __11/28/2025__.

   b. If the case is a class action, the parties agree that the motion for class certification shall be filed by _____.

5. MOTIONS

   a. Are there any pending motion(s)?

   ____ Yes   __X__ No

   If yes, indicate which party filed the motion(s), and identify the motion(s) by name and docket number:

   b. Are the parties requesting expedited briefing on the pending motion(s)?

   ____ Yes   __X__ No

2

6. ISSUES

Jointly provide a brief description of case, including causes of action set forth in the complaint, and indicate whether there is a jury demand:  Plaintiff alleges Defendants restrict access to the e-filed civil complaints until court staff have finished a series of administrative steps commonly referred to as "processing."  Plaintiff alleges all newly e-filed civil complaints are effectively sealed upon receipt, with access commonly withheld for one to three days after filing.  A demand for jury trial has been made by the Defendants.

7. DISCOVERY PROCEDURES

   a. The parties agree that all discovery shall be completed by March 6, 2026.  The parties to schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and to file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so.  If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court.  To initiate a telephone conference, counsel are directed to join together on one line and then call the Magistrate Judge's chambers or provide the Court with a call -in number.

   b. Do the parties anticipate the production of ESI? ____Yes __X__No

   c. Do the parties intend to seek a protective order or clawback agreement?  No

8. DISPOSITIVE MOTIONS

   a. Any dispositive motions shall be filed by April 24, 2026.

   b. Are the parties requesting expedited briefing on dispositive motions?

____Yes     __X__No

If yes, identify the proposed expedited schedule:

Opposition to be filed by _____ ; Reply brief to be filed by _____ .

3

9. <u>EXPERT TESTIMONY</u>

<u>The parties do not anticipate the need for expert testimony.</u>

10. <u>SETTLEMENT</u>

<u>No settlement demands have been made at this time.</u>

11. <u>RULE 16 PRETRIAL CONFERENCE</u>

Do the parties request a scheduling conference?

<u>No, a conference is not necessary; the Court may issue a scheduling order after considering this Report.</u>

12. <u>OTHER MATTERS</u>

<u>Indicate any other matters for the Court's consideration: Defendants Candy S. Russell and Breighton Smith, and Shawn Peeples request non-itemized, quarterly statements of Plaintiff's attorneys' fees and expenses.</u>

Date: November 5, 2025

Signatures:

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| /s/ Griffin R. Reyelts<br>John C. Greiner (0005551)<br>Griffin R. Reyelts (0102240)<br>FARUKI PLL<br>201 East Fifth Street, Suite 1420<br>Cincinnati, OH  45202<br>Telephone:  (513) 632-0315<br>Fax:  (513) 632-0319<br>Email:  jgreiner@ficlaw.com<br>　　　　greyelts@ficlaw.com<br><br>Counsel for Plaintiff Courthouse News Service | /s/ Andrew N. Yosowitz (per 11/5/2025 email authorization)<br>Matthew Stephen Teetor (0087009)<br>Andrew Neil Yosowitz (0075306)<br>John Stephen Teetor (0023355)<br>TEETOR WESTFALL, LLC<br>200 E. Campus View Blvd., Suite 200<br>Columbus, OH 43235<br>Telephone:  (614) 412-4000<br>Fax:  (614) 412-9012<br>Email:  mteetor@teetorlaw.com<br>　　　　ayosowitz@teetorlaw.com<br>　　　　steetor@teetorlaw.com<br><br>Counsel for Defendants Candy S. Russell and Breighton Smith<br><br>/s/ Christopher L. Englert (per 11/5/2025 email authorization<br>Prosecutor Paul M. Watkins (SC#0090868)<br>APA Christopher L. Englert (SC#0063829)(LA)<br>APA Jessica A. Lopez (SC#0080741)<br>MIAMI COUNTY PROSECUTING ATTORNEY'S OFFICE<br>201 West Main Street<br>Troy, OH  45373<br>Telephone:  (937) 440-5960<br>Fax:  (937) 440-5961<br>Email:  pwatkinsd@miamicountyohio.gov<br>　　　　cenglert@miamicountyohio.gov<br>　　　　jalopez@miamicountyohio.gov<br><br>Counsel for Defendant Shawn Peeples |

## CERTIFICATE OF SERVICE

I certify that on the 5th day of November, 2025, I electronically filed the foregoing Rule 26(f) Report with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to the non-CM/ECF participants:

| | |
|---|---|
| Matthew Stephen Teetor, Esq.<br>Andrew Neil Yosowitz, Esq.<br>John Stephen Teetor, Esq.<br>Teetor Westfall, LLC<br>200 E. Campus View Blvd., Suite 200<br>Columbus, OH  43235<br>mteetor@teetorlaw.com<br>ayosowitz@teetorlaw.com<br>steetor@teetorlaw.com<br><br>*Counsel for Defendants Candy S. Russell and Breighton Smith* | Paul M. Watkins, Esq.<br>Christopher L. Englert, Esq.<br>Jessica A. Lopez, Esq.<br>MIAMI COUNTY PROSECUTING ATTORNEY'S OFFICE<br>201 West Main Street<br>Troy, OH  45373<br>pwatkinsd@miamicountyohio.gov<br>cenglert@miamicountyohio.gov<br>jalopez@miamicountyohio.gov<br><br>*Counsel for Defendant Shawn Peeples* |

/s/ Griffin R. Reyelts
Griffin R. Reyelts

4915-2327-4101.1