IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION (COLUMBUS)

| | | |
|---|---|---|
| COURTHOUSE NEWS SERVICE, | : | CASE NO. 2:25-cv-00789-JLG-CMV |
| Plaintiff, | : | (Judge James L. Graham) |
| | | (Magistrate Judge Chelsey M. Vascura) |
| v. | : | |
| CANDY S. RUSSELL, in her official capacity as Clerk of the Athens County Court of Common Pleas, et al., | : | **UNOPPOSED MOTION OF COURTHOUSE NEWS SERVICE FOR EXTENSION OF TIME TO FILE ITS OPPOSITION TO MOTION OF DEFENDANT SHAWN PEEPLES TO SEVER** |
| Defendants. | : | |
| | : | |

Pursuant to Fed. R. Civ. P. 6(b), S.D. Ohio Civ. R. 7.3(a), and for the reasons set forth in the below memorandum, Plaintiff Courthouse News Service ("Courthouse News") hereby respectfully requests an extension of time, to and including December 29, 2025, to file its memorandum in opposition to the November 19, 2025, Motions of Defendant Shawn Peeples to Sever the Claims Against Him and to Transfer Severed Case to the Southern District of Ohio's Western Division (Dayton) (Doc. No. 23).

Counsel for Courthouse News has consulted with counsel for Defendant Shawn Peeples and counsel for Defendants Candy S. Russell and Breighton Smith, and Defendants do not oppose this Motion.

Good cause exists to grant the requested extension of time because Courthouse News and Defendant Shawn Peeples are engaged in good faith settlement discussions. Neither the Court nor the parties will be prejudiced by allowing this extension.

A Proposed Order granting this Motion is attached as Exhibit 1.

Respectfully submitted,

/s/ Griffin R. Reyelts
John C. Greiner (0005551)
Griffin R. Reyelts (0102240)
FARUKI PLL
201 East Fifth Street, Suite 1420
Cincinnati, OH  45202
Telephone:  (513) 632-0315
Fax:  (513) 632-0319
Email:  jgreiner@ficlaw.com
          greyelts@ficlaw.com

*Counsel for Plaintiff*
*Courthouse News Service*

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION OF COURTHOUSE NEWS SERVICE FOR EXTENSION OF TIME TO FILE ITS OPPOSITION TO MOTION OF <u>DEFENDANT SHAWN PEEPLES TO SEVER</u>**

Pursuant to Fed. R. Civ. P. 6(b), S.D. Ohio Civ. R. 7.3(a), Plaintiff Courthouse News Service ("Courthouse News") hereby respectfully requests an extension of time, to and including December 29, 2025, to file its memorandum in opposition to the November 19, 2025, Motions of Defendant Shawn Peeples to Sever the Claims Against Him and to Transfer Severed Case to the Southern District of Ohio's Western Division (Dayton) ("Motion to Sever") (Doc. No. 23). Counsel for Courthouse News has consulted with counsel for Defendant Shawn Peeples and counsel for Defendants Candy S. Russell and Breighton Smith, and Defendants do not oppose this Motion.

A party may seek an extension of time if the request is made before the original deadline or the expiration of any extension. Fed. R. Civ. P. 6(b)(1)(A). Defendant Shawn Peeples filed the Motion to Sever on November 19, 2025 (Doc. No. 23). Courthouse News' memorandum in opposition is currently due on December 10, 2025. Therefore, this Motion is timely.

Good cause exists to grant this Motion. Courthouse News seeks this extension in order to afford Courthouse News and Defendant Shawn Peeples an opportunity to settle this matter as the parties are currently engaged in good faith settlement negotiations.

Accordingly, the Court should grant this Motion extending Courthouse News' deadline to file its memorandum in opposition to the Motion to Sever to and including December 29, 2025.

Respectfully submitted,


/s/ Griffin R. Reyelts
John C. Greiner (0005551)
Griffin R. Reyelts (0102240)
FARUKI PLL
201 East Fifth Street, Suite 1420
Cincinnati, OH  45202
Telephone:  (513) 632-0315
Fax:  (513) 632-0319
Email:  jgreiner@ficlaw.com
         greyelts@ficlaw.com

*Counsel for Plaintiff*
*Courthouse News Service*

## CERTIFICATE OF SERVICE

I certify that on the 5th day of December, 2025, I electronically filed the foregoing Unopposed Motion of Courthouse News Service for Extension of Time to File its Opposition to Motion of Defendant Shawn Peeples to Sever with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

| | |
|---|---|
| Matthew Stephen Teetor, Esq.<br>Andrew Neil Yosowitz, Esq.<br>John Stephen Teetor, Esq.<br>TEETOR WESTFALL, LLC<br>200 E. Campus View Blvd., Suite 200<br>Columbus, OH 43235<br>mteetor@teetorlaw.com<br>ayosowitz@teetorlaw.com<br>steetor@teetorlaw.com<br><br>*Counsel for Defendants Candy S. Russell and Breighton Smith* | Prosecutor Paul M. Wattkins, Esq.<br>APA Christopher L. Englert, Esq.<br>APA Jessica A. Lopez, Esq.<br>MIAMI COUNTY PROSECUTING ATTORNEY'S OFFICE<br>201 West Main Street<br>Troy, OH 45373<br>pwatkinsd@miamicountyohio.gov<br>cenglert@miamicountyohio.gov<br>jalopez@miamicountyohio.gov<br><br>*Counsel for Defendant Shawn Peeples* |

/s/ Griffin R. Reyelts
Griffin R. Reyelts

4915-0760-7678.1