**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Courthouse News Service, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:25-cv-00789 |
| | : | |
| vs. | : | Judge Graham |
| | : | |
| Candy S. Russell, et. al., | : | Magistrate Judge Vascura |
| | : | |
| Defendants. | : | |

**JOINT STATUS REPORT OF THE PARTIES**

Pursuant to the Court's Notation Order dated March 6, 2026, the parties provide the following joint status report. Plaintiff and Defendants Candy Russell and Shawn Peeples have reached an agreement to settle this case. Plaintiff and Defendants Candy Russell and Shawn Peeples are completing settlement paperwork and anticipate the filing of a joint Rule 21 motion to drop Defendants Russell and Peeples from this lawsuit. Assuming the Court grants the joint motion to drop Defendants Russell and Peeples from this lawsuit, only Defendant Smith will remain. Plaintiff and counsel for Defendant Smith believe that they will be able to resolve this case. Plaintiff and Defendant Smith respectfully request that the stay remain in place for 30 more days. Plaintiff and Defendant Smith will either file a dismissal or status report in 30 days.

Respectfully submitted,

/s/ Andrew N. Yosowitz
Andrew N. Yosowitz (0075306)
E-mail: ayosowitz@teetorlaw.com
J. Stephen Teetor (0023355)
E-mail: steetor@teetorlaw.com
Matthew S. Teetor (0087009)
E-mail: mteetor@teetorlaw.com
**Teetor Westfall, LLC**
200 E. Campus View Blvd., Suite 200

Columbus, Ohio 43235
Tel: 614-412-4000; Fax: 614-412-9012
*Attorneys for Defendants Candy S. Russell and Breighton Smith*

/s/ Griffin R. Reyelts
John C. Greiner (0005551)
Griffin R. Reyelts (0102240)
**FARUKI PLL**
201 East Fifth Street, Suite 1420
Cincinnati, OH 45202
Telephone: (513) 632-0315; Fax: (513) 632-0319
Email: jgreiner@ficlaw.com; greyelts@ficlaw.com
*Counsel for Plaintiff*
*Courthouse News Service*

/s/ Christopher L. Englert
Prosecutor Paul M. Watkins (0090868)
APA Christopher L. Englert (0063829)
APA Jessica A. Lopez (0080741)
Miami County Prosecuting Attorney's Office
201 West Main Street, Troy, Ohio 45373
TeVFax: 937-440-5960 *I* 937-440-5961
E-mail:
pwatkinsd@miamicountyohio.gov
cenglert@miamicountyohio.gov
j alopez@miamicountyohio.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Andrew N. Yosowitz
Teetor Westfall