IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION (COLUMBUS)

| | | |
|---|---|---|
| COURTHOUSE NEWS SERVICE, | : | CASE NO. 2:25-cv-00789-JLG-CMV |
| Plaintiff, | : | (Judge James L. Graham)<br>(Magistrate Judge Chelsey M. Vascura) |
| v. | : | |
| CANDY S. RUSSELL, in her official capacity as Clerk of the Athens County Court of Common Pleas, et al., | :<br>: | **JOINT MOTION TO DROP AND DISMISS DEFENDANTS SHAWN PEEPLES AND CANDY RUSSELL WITH PREJUDICE** |
| Defendants. | : | |

Pursuant to Fed. R. Civ. P. 21, Plaintiff Courthouse News Service and Defendants Shawn Peeples, in his official capacity as Clerk of the Miami County Court of Common Pleas, Candy S. Russell, in her official capacity as Clerk of the Athens County Court of Common Pleas, and Breighton Smith, in his official capacity as Clerk of the Warren County Court of Common Pleas, submit this Joint Motion to Drop and Dismiss Defendants Shawn Peeples and Candy Russell with Prejudice.

For the reasons shown in the Memorandum supporting this motion, which is incorporated by reference here, the Court should grant this motion. A proposed Order granting this Motion is attached as Exhibit A.

Respectfully submitted,

/s/ Griffin R. Reyelts
John C. Greiner (0005551)
Griffin R. Reyelts (0102240)
FARUKI PLL
201 East Fifth Street, Suite 1420
Cincinnati, OH 45202
Telephone: (513) 632-0315
Fax: (513) 632-0319
Email: jgreiner@ficlaw.com
greyelts@ficlaw.com

*Counsel for Plaintiff Courthouse News Service*

/s/ Andrew N. Yosowitz (per 3/19/2026 email authorization)
Matthew Stephen Teetor (0087009)
Andrew Neil Yosowitz (0075306)
John Stephen Teetor (0023355)
TEETOR WESTFALL, LLC
200 E. Campus View Blvd., Suite 200
Columbus, OH 43235
Telephone: (614) 412-4000
Fax: (614) 412-9012
Email: mteetor@teetorlaw.com
ayosowitz@teetorlaw.com
steetor@teetorlaw.com

*Counsel for Defendants Candy S. Russell and Breighton Smith*

/s/ Christopher L. Englert (per 3/19/2026 email authorization)
Prosecutor Paul M. Wattkins (SC#0090868)
APA Christopher L. Englert (SC#0063829)
APA Jessica A. Lopez,(SC#0080741)
MIAMI COUNTY PROSECUTING ATTORNEY'S OFFICE
201 West Main Street
Troy, OH 45373
Telephone: (937) 440-5960
Fax: (937) 440-5961
Email: pwatkinsd@miamicountyohio.gov
cenglert@miamicountyohio.gov
jalopez@miamicountyohio.gov

*Counsel for Defendant Shawn Peeples*

**MEMORANDUM IN SUPPORT OF JOINT MOTION TO DROP AND DISMISS DEFENDANTS SHAWN PEEPLES AND CANDY RUSSELL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 21, Plaintiff Courthouse News Service ("Plaintiff"), Defendants Shawn Peeples, in his official capacity as Clerk of the Miami County Court of Common Pleas ("Peeples"), Candy S. Russell, in her official capacity as Clerk of the Athens County Court of Common Pleas ("Russell"), and Breighton Smith, in his official capacity as Clerk of the Warren County Court of Common Pleas ("Smith") (collectively, the "Parties"), jointly move to drop and dismiss all claims against Peeples and Russell with prejudice.

Federal Rule of Civil Procedure 21 allows the Court, either by motion or on its own, to, "at any time, on just terms, add or drop a party . . . [or] sever any claim against a party." Fed. R. Civ. P. 21. "The Sixth Circuit has suggested that dismissal of an individual party, as opposed to an entire action, is properly conducted pursuant to Rule 21, not Rule 41." Ogle v. Koorsen Fire & Sec., Inc., No. 3:17-cv-127, 2018 U.S. Dist. LEXIS 20087, at *2 fn. 2 (S.D. Ohio Feb. 7, 2018) (collecting cases). Courts in the Sixth Circuit have interpreted Rule 21 "to simultaneously allow for the subsequent dismissal of the severed claims." Dix v. Atos IT Solutions & Servs., Inc., No. 1:18-cv-275, 2021 U.S. Dist. LEXIS 56632, at *9 (S.D. Ohio Mar. 25, 2021) (Cole, J.).

Courts consider several factors when determining whether to sever claims, but where the parties agree to severance "the only task left for the Court is to determine the 'just terms' for such severance (and dismissal)." Dix at *9-10.[1] "Several federal courts have

[1] According to the Sixth Circuit, courts consider: "(1) whether the claims arise out of the same transaction or occurrence; (2) whether the claims present some common questions of law or fact; (3) whether settlement of the claims or judicial economy would be facilitated; (4) whether prejudice would be avoided if severance were granted; and (5) whether different witnesses and documentary proof are required for separate claims." Parchman v. SLM

(footnote cont'd…)

interpreted 'on just terms' to mean 'without gratuitous harm to the parties.'" Id. at *10 (collecting cases). The fact that parties agree to, or do not oppose, a motion to sever demonstrates that the dismissal will not cause harm to the parties. Nathan v. Whirlpool Corp., No. 3:19-cv-226, 2020 U.S. Dist. LEXIS 204779, at *1 (S.D. Ohio Nov. 2, 2020) (Rice, J.) ("Defendant Whirlpool Corporation's decision not to oppose the Motion demonstrates that the dismissal will not cause it prejudice.").

Here, because the Complaint for Declaratory and Injunctive Relief (Doc. No. 1) asserts claims against Peeples, Russell, and Smith, Rule 21 is the appropriate mechanism for severing, dropping, and dismissing all claims against Peeples and Russell with prejudice while leaving the remaining claims against Smith intact. Ogle at *2 fn.2; Dix at *9. The decision of the Parties to join this Motion demonstrates that they will not suffer prejudice. Nathan at *1.

Therefore, for the foregoing reasons, the Court should grant this Motion and drop and dismiss the claims against Peeples and Russell.

Corp., 896 F.3d 728, 733 (6th Cir. 2018). Severance is warranted here without regard to the Parchman factors, because the Parties agree that Peeples and Russell should be dropped and dismissed from this action.

Respectfully submitted,

/s/ Griffin R. Reyelts
John C. Greiner (0005551)
Griffin R. Reyelts (0102240)
FARUKI PLL
201 East Fifth Street, Suite 1420
Cincinnati, OH 45202
Telephone: (513) 632-0315
Fax: (513) 632-0319
Email: jgreiner@ficlaw.com
greyelts@ficlaw.com

*Counsel for Plaintiff Courthouse News Service*

/s/ Andrew N. Yosowitz (per 3/19/2026 email authorization)
Matthew Stephen Teetor (0087009)
Andrew Neil Yosowitz (0075306)
John Stephen Teetor (0023355)
TEETOR WESTFALL, LLC
200 E. Campus View Blvd., Suite 200
Columbus, OH 43235
Telephone: (614) 412-4000
Fax: (614) 412-9012
Email: mteetor@teetorlaw.com
ayosowitz@teetorlaw.com
steetor@teetorlaw.com

*Counsel for Defendants Candy S. Russell and Breighton Smith*

/s/ Christopher L. Englert (per 3/19/2026 email authorization)
Prosecutor Paul M. Wattkins (SC#0090868)
APA Christopher L. Englert (SC#0063829)
APA Jessica A. Lopez,(SC#0080741)
MIAMI COUNTY PROSECUTING ATTORNEY'S OFFICE
201 West Main Street
Troy, OH 45373
Telephone: (937) 440-5960
Fax: (937) 440-5961
Email: pwatkinsd@miamicountyohio.gov
cenglert@miamicountyohio.gov
jalopez@miamicountyohio.gov

*Counsel for Defendant Shawn Peeples*

## CERTIFICATE OF SERVICE

I certify that on the 20th day of March, 2026, I electronically filed the foregoing Joint Motion to Drop and Dismiss Defendants Shawn Peeples and Candy Russell with Prejudice with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

Matthew Stephen Teetor, Esq.
Andrew Neil Yosowitz, Esq.
John Stephen Teetor, Esq.
TEETOR WESTFALL, LLC
200 E. Campus View Blvd., Suite 200
Columbus, OH 43235
mteetor@teetorlaw.com
ayosowitz@teetorlaw.com
steetor@teetorlaw.com

*Counsel for Defendants Candy S. Russell and Breighton Smith*

Prosecutor Paul M. Wattkins, Esq.
APA Christopher L. Englert, Esq.
APA Jessica A. Lopez, Esq.
MIAMI COUNTY PROSECUTING ATTORNEY'S OFFICE
201 West Main Street
Troy, OH 45373
pwatkinsd@miamicountyohio.gov
cenglert@miamicountyohio.gov
jalopez@miamicountyohio.gov

*Counsel for Defendant Shawn Peeples*

/s/ Griffin R. Reyelts
Griffin R. Reyelts

4904-3371-4328.1