IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION (COLUMBUS)

| | | |
|---|---|---|
| COURTHOUSE NEWS SERVICE, | : | CASE NO. 2:25-cv-00789-JLG-CMV |
| Plaintiff, | : | Judge James L. Graham<br>Magistrate Judge Chelsey M. Vascura |
| v. | : | |
| CANDY S. RUSSELL, in her official capacity as Clerk of the Athens County Court of Common Pleas, <u>et</u> <u>al</u>., | : | **ORDER GRANTING JOINT MOTION TO DROP AND DISMISS DEFENDANTS SHAWN PEEPLES AND CANDY RUSSELL WITH PREJUDICE** |
| Defendants. | : | |

This matter is before the Court on the Joint Motion to Drop and Dismiss Defendants Shawn Peeples and Candy Russell with Prejudice ("Joint Motion"). For the reasons set forth in the Joint Motion, and for good cause shown, the Joint Motion is **GRANTED**.

Defendants Shawn Peeples, in his official capacity as Clerk of the Miami County Court of Common Pleas, and Candy S. Russell, in her official capacity as Clerk of the Athens County Court of Common Pleas, are therefore dropped from the above-captioned litigation and all claims against them are **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

*s/ James L. Graham*
UNITED STATES DISTRICT JUDGE

4930-7140-7256.1